**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **JERRY W. LOOP,** | ) |
| Plaintiff, | ) Case No. EDCV 07-00015 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed.**

DATED: April 15, 2008

/ s /

_____
ANDREW J. WISTRICH
United States Magistrate Judge